CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUISIANA

No: _____                                           Sect/Div: _____

MIRANDA FERRAND, individually, and on behalf of
the ESTATE OF CIAYA WHETSTONE; and
BURNETTE WHETSTONE, individually, and on behalf of the
ESTATE OF CIAYA WHETSTONE

VERSUS

UBER Technologies, LLC, d/b/a UBER and
JOHN DOE

FILED: _____                    _____
                                                                    Deputy Clerk

## PETITION FOR WRONGFUL DEATH

**NOW INTO COURT** through undersigned counsel comes plaintiffs Miranda Ferrand a person of lawful age and majority and a resident of Bamberg, South Carolina, and Burnett Whetstone a person of full age and majority and domiciled in Bamberg, South Carolina who files this petition for wrongful death and survival action.

1.

Named defendants, herein are the following:

A. Uber Technologies, LLC, d/b/a "Uber" a foreign corporation licensed to do and doing business in the state of Louisiana and the Parish of Orleans. At all times herein with a principal business office as 3867 Plaza Tower Dr., Baton Rouge, LA 70816 and registered office as 3867 Plaza Tower Drive, Baton Rouge, LA 70816, wherein Defendant Uber was authorized to transact business in the State of Louisiana as a ride share, pay for hire driving services business.

B. ABC Insurance Company, an insurance company licensed to do and doing business in Orleans Parish, State of Louisiana which at all times this incident had in place a policy of liability insurance that provided liability coverage to Uber.

C. John Doe, a male resident of Orleans Parish who was driving a 2019 Toyota Camry bearing a Louisiana license.

D. DEF Insurance Company an insurance company licensed to do and doing business in Orleans Parish, State of Louisiana which at the time of this incident had in place a

EXHIBIT A

policy of liability insurance which provided liability coverage to John Doe driver of the 2019 Toyota Camry.

2.

The Plaintiffs now assert claims against the defendants pursuant to La. Civil Code of Procedures Article 2315, which require the very act whatever man causes damage to another obliges him by whose fault it is to repair it.

3.

Plaintiffs avers that the Defendants are liable pursuant to La. Civil Code of Procedures Article 2316, which provides that every person is responsible for the damage he occasions not merely his action, but also by his negligence, prudence, or his want of skill.

4.

Plaintiffs further alleges that the Defendants are liable pursuant to La. Civil Code of Procedures Article 2317, which provides that individuals are responsible not only for damage occasioned by their own acts, but also for damage cause by acts of person for whom the individual is answerable, or thing which the individual has in his custody.

5.

Upon information and believe the defendant, John Doe as licensed driver in the State of Louisiana and retained by Uber to operate pay for hire ride share services on or about February 19, 2022.

6.

On or about the early morning hours, February 18, 2022, John Doe operating as an Uber driver picked up Ciaya Whetstone from a parade route located in or about the New Orleans area.

7.

At some time during the Uber ride, John Doe, Uber driver took Ciaya Whetstone to the campus of The University of New Orleans.

8.

John Doe, Uber driver exited his vehicle and escorted Ciaya Whetstone to a dormitory located on the campus of the University of New Orleans.

9.

After a short visit to the dormitory, John Doe, Uber driver escorted Ciaya Whetstone back to his 2019 Toyota Camry and they went to an undisclosed and undetermined location(s)

10.

John Doe, Uber driver at some point during the ride contributed and / or caused Ciaya Whetstone to suffer injury and/or harm resulting in distress and immediate emergency medical attention. At approximately 6:41 a.m. on the morning of February 19, 2022 John Doe, Uber driver took Ciaya Whetstone to the New Orleans East Hospital located at 5620 Reed Boulevard in the City of New Orleans.

11.

John Doe, Uber driver dropped Ciaya at the hospital without any description of the incidents leading up to the medical emergency or reason and / or explanation for her physical condition.

12.

Hospital staff report that Ciaya was blue, and pupils were fixed and dilated at the time John Doe, Uber driver dropped her off.

13.

John Doe, Uber driver left the hospital and did not provide the medical providers with any information about who the passenger, later to be known as Ciaya Whetstone, got to the medical state that she was in.

14.

John Doe, Uber driver failed to leave his name and any information about the medical status of the passenger in his Uber.

15.

Hospital security staff was able to provide a description of the vehicle and license plate number to the New Orleans Police Department who determined it was registered to John Doe who resided in New Orleans on Arcadia Lane. The vehicle driven by John Doe was also registered to the address on Arcadia Lane in the Parish of Orleans.

16.

At approximately 7:07 a.m. February 19, 2022 emergency room staff pronounced Ciaya Whetstone dead.

17.

Ciaya Whetstone did not immediately die from injuries but died approximately 15 to 20 minutes after John Doe dropped and left the unidentified woman, later to be known Ciaya Whetstone in a traumatic medical state.

18.

The defendant Ciaya Whetstone did not immediately die from the injuries sustained when she was dropped off at the hospital by John Doe Uber driver, she was suffering until she expired twenty – six minutes after she was carelessly and recklessly dropped off and left for dead.

Under La Rev Stat 2315.1 which governs survival actions provide the following:

A. If a person who has been injured by an offense of quasi offense dies, the right to recover all damages for injury to that person, is property or otherwise, caused by the quasi offense, shall survive for a period of one year from the death of the decedent in favor of: "…the surviving father and mother of the deceased, or either of them if he left no spouse or no surviving child." La. Code of Civil Procedure Article 2315.1 Survival Action (La. Civil Code 2023 Edition).

19.

Petitioners further aver that the negligent and reckless actions clearly showing disregard for the life of Ms. Ciaya Whetstone by John Doe Uber driver, who was under the supervision of Uber caused the untimely and wrongful death of Ms. Whetstone.

20.

The petitioners avers that Louisiana Code of Civil Procedure Article 2315.2 designates those persons who may bring an action for wrongful death and whose favor the victims actions survive. The plaintiffs believe that they are the only class of beneficiaries and exclude all members of lesser classes in order to bring this action.

20.

The defendant, John Doe, Uber driver had a duty to protect his passengers against any negligent, reckless and wanton behavior and such standard care was breached and duty owed when the John Doe, Uber Driver, dropped off the victim in a obvious state of medical emergency. Plaintiff alleged that but for the actions of John Doe Uber driver, the victim would not have died in which the manner in which is reported.

21.

DEF Insurance Company, a licensed automobile insurance company licensed to do and doing business in the State of Louisiana sold and delivered to Johe Doe a policy of coverage in place that provided for liability insurance that covered actions of the driver in the incident.

22.

At the time John Doe driver picked up the vicitim, Ciaya Whetstone, John Doe driver was a authorized licensed driver pursuant to terms of agreement with Uber. The defendant Uber is jointly and solidary liable with the driver under the theory of respondent superior and as a authorized representative of Uber and John Doe as its driver.

23.

The defendant Uber is responsible at all times for the actions of its drivers while in the course and scope of providing ride share service to the public.

24.

At the time of the death of Ciaya Whetstone, the defendant, John Doe driver was working for the defendant Uber in the course and scope of his employment with Uber.

25.

Defendant Uber was negligent in hiring defendant John Doe driver and entrusting him to operate a motor vehicle in a for hire capacity on their behalf.

25.

Defendant Uber was negligent in failing to properly train defendant John Doe driver.

26.

Defendant Uber was negligent in failing to properly supervise the defendant John Doe driver.

27.

Defendant Uber was negligent under Louisiana Civil Code art. 2320 in hiring defendant John Doe driver and failing to properly train and supervise him and these failures are the sole and approximate cause of the death of Ciaya Whetstone.

28.

At all times pertinent hereto ABC Insurance Company was an authorized licensed insurance carrier providing liability coverage for Uber in Orleans Parish and the State of Louisiana.

29.

Plaintiffs Miranda Ferdinand and Brunette Whetstone suffer the following damages including but not limited to:

1. The decedent's pain prior to her death.
2. The decedent's mental anguish and anxiety prior to her death.
3. The decedent's funeral expenses.

4. Plaintiff also suffered loss of love, affection and social consortium and services to mental anguish and anxiety.
5. Loss of support
6. Medical expenses
7. Loss of enjoyment of life
8. Any and all other damages both general and special, which would be more fully approved in trial.

30.

Plaintiffs request that this matter be tried by a jury.

**WHEREFORE**, petitioners pray that

1. This petition be deemed good and sufficient.

2. Defendants are duly served with the petition and citation.

3. After service and applicable legal delays that the judgment rendered herein in favor of the plaintiffs Miranda Ferdina and Brunette Whetstone and against the defendants, Uber, ABC Insurance Company, John Doe driver, DEF Insurance Company for all general and equitable relief granted in the premises herein,

4. After due proceedings, all cost be levied against the defendants including attorney fees.

Respectfully submitted,

**DECUIR, CLARK & ADAMS, L.L.P.**

*/s/ Michael R.D. Adams/*

Michael R.D. Adams (Bar No.: 18756)
Brandon J. DeCuir (Bar No.: 28014)
Monica G. Moton (Bar No.: 27222)
732 North Boulevard
Baton Rouge, LA 70802
Tel: (225) 346-8716
Fax: (225) 336-1950

L. Chris Stewart (*Pro hac Vice pending*)
GA Bar No.: 142289
Nathaniel Hofman (*Pro hac Vice pending*)
GA Bar No.: 997966
Stewart Miller Simmons
55 Ivan Allen, Jr. Blvd.
Ste. 700
Atlanta, GA 30308

Justin Bamberg (*Pro hac vice pending*)
SC Bar No.: 100337
Bamberg Legal, LLC
104 Bridge Street
Bamberg, SC 29003

**Service Information**

UBER TECHNOLOGIES, INC.
D/B/A Uber
**Through its Registered Agent:**
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

JOHN DOE