UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MIRANDA FERRAND, individually, and on the behalf of THE ESTATE OF CIAYA WHETSTONE, and BURNETTE WHETSTONE, individually, and on behalf of the ESTATE OF CIAYA WHETSTONE**<br><br>**VERSUS**<br><br>**UBER TECHNOLOGIES, LLC d/b/a UBER and JOHN DOE** | **CIVIL ACTION**<br><br>**NO. 23-1553**<br><br>**JUDGE JAY ZAINEY**<br><br>**MAGISTRATE JUDGE MICHAEL NORTH**<br><br>**SECTION "A"(5)** |

## ORDER AND REASONS

The following motion is before the Court: **MOTION to Dismiss for Lack of Jurisdiction** *or, Alternatively, Motion to Compel Arbitration with Motion to Stay* **(Rec. Doc. 6)** filed by Uber Technologies, Inc. The motion is before the Court on the briefs without oral argument. For the following reasons, the Defendants' motion is GRANTED IN PART and STAYED until the parties complete arbitration.

Both Plaintiffs and Defendants agree that this matter should fall within the purview of an arbitrator. As such, the Court shall not weigh into a decision on the jurisdictional issue on the merits. The parties have previously and continue to agree that the arbitrator has the authority to decide whether some issues should be decided by this Court. If the claims and issues are not fully adjudicated by arbitration, the Court will re-open this case upon motion by a party.

ACCORDINGLY;

**IT IS ORDERED** that the Defendant's **Motion to Dismiss (Rec. Doc. 6)** is **GRANTED in part** and **DENIED in part**. The motion is GRANTED insofar as this matter is **STAYED** and

**ADMINISTRATIVELY CLOSED** pending arbitration. The motion is DENIED as to all other issues.

New Orleans, Louisiana, this 23rd day of August 2023.

_____
**UNITED STATES DISTRICT JUDGE**